THE FOLLOWING ORDER
IS APPROVED AND ENTERED
AS THE ORDER OF THIS COURT:

DATED: July 12, 2013



Margaret Dee McGarity
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF WISCONSIN

| In Re: Ronald Campos & Julie Campos, | Chapter 13 Bankruptcy |
|---|---|
| Debtors. | Case No. 13-20965-mdm |

**ORDER APPROVING STIPULATION BY AND BETWEEN THE PARTIES RESOLVING TRUSTEE'S OBJECTION TO CONFIRMATION OF DEBTORS' CHAPTER 13 PLAN and TRUSTEE'S MOTION TO DISMISS**

Pursuant to the stipulation by and between the parties,

IT IS HEREBY ORDERED THAT:

1. The Trustee's Objection to Confirmation of Debtors' Chapter 13 plan shall be sustained.

2. The Trustee is allowed to withdraw the Motion to Dismiss.

3. The Debtors shall file an amended B22C Form and an amended Chapter 13 plan, if necessary, on or before July 26, 2013.

4. Should the Debtors fail to file an amended B22C Form and an amended Chapter 13 plan, if necessary, on or before July 26, 2013, as provided above, the Trustee may submit an Affidavit of Default and an Order Dismissing Case without further notice or hearing.

5. Thereafter, if there is any subsequent plan default, the Trustee may renew the Motion to Dismiss by letter to the Court.

#####

Prepared by:
Rebecca R. Garcia, Staff Attorney
Office of the Chapter 13 Trustee
P.O. Box 510920
Milwaukee, WI 53203
T: (414) 271-3943
F: (414) 271-9344